**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Heli USA Airways, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | CV 05-1004 PCT PGR |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| Genesis Indemnity Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the foregoing Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees incurred herein.

DATED this 10th day of November, 2005.

Paul G. Rosenblatt
United States District Judge